719 A.2d 636

IN THE MATTER OF MELVIN D. LUSANE,
AN ATTORNEY AT LAW.

November 8, 1998.

### ORDER

**MELVIN D. LUSANE,** of **NEWARK,** who was admitted to the bar of this State in 1972, having tendered his consent to disbarment as an attorney at law of the State of New Jersey, and good cause appearing;

It is ORDERED that **MELVIN D. LUSANE,** is disbarred by consent, effective immediately; and it is further

ORDERED that respondent's name be stricken from the roll of attorneys and that he be permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with disbarred attorneys.

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.